IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 07 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

| | |
|---|---|
| THE EXPORT-BANK OF ) <br> THE REPUBLIC OF CHINA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> REPUBLIC DU NIGER, ) <br> ) <br> Defendant. ) <br> ) | Case No. 7:04MC00051 <br> Related Case in Other Court: 97 CIV 3090 (LAK) <br>     United States District Court <br>     Southern District of New York <br><br> **ORDER** <br><br> By: James C. Turk <br> Senior United States District Judge |

**IT IS ORDERED** that the Objection to Subpoena by First National Bank (dkt no. 1) is **DISMISSED** as requested by First National Bank. This Order does not preclude First National Bank from filing a subsequent objection to a subpoena request by The Export-Import Bank of the Republic of China.

This case is to be stricken from the active docket of the Court. The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER:   This 7th day of November, 2005.

*/s/ James C. Turk*
James C. Turk
Senior United States District Judge